UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE LUIS PAREDES,

        Petitioner,

v.                                      Case No. 2:26-cv-276-JES-DNF

SECRETARY KRISTI NOEM, GARRETT
RIPA, IMMIGRATION AND CUSTOMS
ENFORCEMENT, DPEARTMENT OF
HOMELAND SECURITY, ATTORNEY
GENERAL PAMELA BONDI, EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,
AND WARDEN OF GLADES COUNTY
DETENTION CENTER,

        Respondents.

_____

## ORDER

    This matter came before the Court on petitioner's Motion to Enforce the Court's Order Granting Habeas Corpus (Doc. 12).  The Court directed respondents to file an expedited response.  (Doc. 13).  Respondents filed an Opposition (Doc. 14) asking that the motion be denied for lack of subject matter jurisdiction.

    The Court issued an Opinion and Order (Doc. 8) granting the Petition for Writ of Habeas Corpus (Doc. 1) and directing respondents to either provide petitioner with statutory process,

which includes a bond hearing, or to release him under reasonable conditions of supervision. Respondents complied with the order, conducting a bond hearing before the Immigration Court on March 5, 2026.  (Doc. 12, p. 2).  Petitioner was denied bond after what Respondents assert was "full consideration of the evidence." Petitioner argues that the hearing was not a "meaningful custody determination," and therefore the district court should "enforce" its prior order.

The district court lacks subject matter jurisdiction to review the correctness of the immigration judge's decision to deny bond.  "The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole."  8 U.S.C. § 1226(e). Petitioner's remedy for any alleged error by the immigration judge in the bond denial is to appeal that decision pursuant to the normal appellate procedures, for which there is a government form (Form EOIR-26) available to Petitioner.

Accordingly, it is now

**ORDERED:**

2

Petitioner's Motion to Enforce the Court's Order Granting Habeas Corpus (Doc. 12) is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida on March 19, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

3